UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

D-1   DURAN WILSON, and
D-2   DELONTE HEMPHILL,

Defendants.

_____/

Case: 4:26-cr-20312
Assigned To : Kumar, Shalina D.
Referral Judge: Ivy, Curtis, Jr
Assign. Date : 5/20/2026
Description: SEALED MATTER (tt)

Violations:
21 U.S.C. §§ 846 and 841(a)

## INDICTMENT

**The Grand Jury charges:**

### Count One
### Conspiracy to Distribute and Possess with
### Intent to Distribute Controlled Substances
### 21 U.S.C. §§ 846, 841(a), 841(b)(1)(A)(ii) and 841(b)(1)(A)(viii)

**D-1   DURAN WILSON**
**D-2   DELONTE HEMPHILL**

From on or about September 1, 2025, continuing through at least September 9, 2025, in the Eastern District of Michigan, and elsewhere, the defendants, DURAN WILSON and DELONTE HEMPHILL, knowingly and intentionally combined, conspired, confederated, and agreed with each other, and with persons known and unknown to the Grand Jury, to distribute and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

With respect to the defendants, DURAN WILSON and DELONTE HEMPHILL, the controlled substances involved in the conspiracy attributable to them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, are:

- 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers; and

- 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers.

## FORFEITURE ALLEGATIONS
### Criminal Forfeiture
### 21 U.S.C. § 853

**D-1   DURAN WILSON**
**D-2   DELONTE HEMPHILL**

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853.

Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Sections 846 and 841, the defendants shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to

commit, or to facilitate the commission of, the offenses.

If any of the property described above, as a result of any act or omission

of the defendant:

a.   cannot be located upon the exercise of due diligence;
b.   has been transferred or sold to, or deposited with, a third party;
c.   has been placed beyond the jurisdiction of the court;
d.   has been substantially diminished in value; or
e.   has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property

pursuant to Title 21, United States Code, Section 853(p).

**THIS IS A TRUE BILL.**

JEROME F. GORON JR
United States Attorney

s/GRAND JURY FOREPERSON

s/ANTHONY P. VANCE
ANTHONY P. VANCE
Assistant United States Attorney
Chief, Branch Offices

s/CHRISTOPHER W. RAWSTHORNE
CHRISTOPHER W. RAWSTHORNE
Assistant United States Attorney
600 Church Street, Suite 210
Flint, MI 48502
Telephone number: (810) 766-5177
Christopher.Rawsthorne@usdoj.gov

Dated: May 20, 2026

**Companion Case information MUST be completed by AUSA**

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover** | Case: 4:26-cr-20312<br>Assigned To : Kumar, Shalina D.<br>Referral Judge: Ivy, Curtis, Jr<br>Assign. Date : 5/20/2026<br>Description: SEALED MATTER (tt) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete i

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes    ☑ No | **AUSA's Initials:** |

Case Title: USA v.  Duran Wilson & Delonte Hemphill

County where offense occurred :  Genesee

Check One:    ☑ Felony          ☐ Misdemeanor          ☐ Petty

⠀⠀⠀X Indictment/____Information --- **no** prior complaint.
⠀⠀⠀____Indictment/____Information --- based upon prior complaint [**Case number:** _____ ]
⠀⠀⠀____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

# Superseding Case Information

**Superseding to Case No:** _____     **Judge:** _____

⠀⠀☐ Original case was terminated; no additional charges or defendants.
⠀⠀☐ Corrects errors; no additional charges or defendants.
⠀⠀☐ Involves, for plea purposes, different charges or adds counts.
⠀⠀☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

05/20/2026
⠀⠀⠀Date

Christopher W. Rawsthorne
Assistant United States Attorney
210 Federal Building
600 Church Street
Flint, Michigan 48502
Telephone:  (810) 766-5177
Email: Christopher.Rawsthorne@usdoj.gov
P84401

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

03/11/2013